# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN,<br><br>            Plaintiff(s),<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>            Defendant(s). | Case No. 2:17-cv-00436-APG-NJK<br><br>**ORDER** |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. The Court hereby **SETS** a hearing on that application for 11:00 a.m. on February 16, 2017, in Courtroom 3A.

IT IS SO ORDERED.

Dated: February 10, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE