ROGER L. GRANDGENETT II, ESQ., Bar # 6323
MATTHEW T. CECIL, ESQ., Bar # 9525
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rgrandgenett@littler.com
Email: mcecil@littler.com

Attorneys for Defendant
Wal-Mart Stores, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No. 2:17-cv-00436-GMN-GWF<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE MATTER WITH PREJUDICE** |

Plaintiff KEVIN ZIMMERMAN (hereinafter "Plaintiff") and Defendant WAL-MART STORES, INC., (hereinafter, "Defendant") by and through their undersigned counsel hereby stipulate as follows: having mutually agreed to resolve this matter,

WHEREAS, the parties have mutually agreed to resolve this matter;

WHEREAS, on June 14, 2017, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice in this matter [Dkt 26];

WHEREAS, the parties desire that this matter, Case Number 2:17-cv-00436-GMN-GWF, be dismissed in its entirety with prejudice;

NOW THEREFORE, based upon the foregoing, the parties request that this Court enter an order dismissing this entire matter, Case Number 2:17-cv-00436-GMN-GWF, with prejudice, with

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

each party bearing its own costs and fees incurred in this dispute.

Dated: September 6, 2017

Respectfully submitted,

*/s/ Whitney C. Wilcher*
WHITNEY C. WILCHER, ESQ.
THE WILCHER FIRM

Attorney for Plaintiff
KEVIN ZIMMERMAN

Dated: September 6, 2017

Respectfully submitted,

*/s/ Matthew T. Cecil*
ROGER L. GRANDGENETT II, ESQ.
MATTHEW T. CECIL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WAL-MART STORES, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: __September 6__, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Firmwide:149886037.1 080000.1232

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800